| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Dalzell, Stewart | 2. Court or Organization U.S. District Court | 3. Date of Report 07/29/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 15613 U.S. Courthouse 601 Market Street Philadelphia, PA 19106 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Secretary of the Vestry | Saint Mark's Church, Philadelphia, PA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Main Line Center of the Arts - Teaching Fees |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dalzell, Stewart** | 07/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cape Cod Five Cent Savings | A | Interest | J | T | | | | | |
| 2. JP Morgan Fed. Fund | A | Interest | J | T | | | | | |
| 3. PNC Bank | A | Interest | J | T | | | | | |
| 4. Vangaurd PA Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 5. Pepsico | A | Dividend | K | T | Sold (part) | 07/14/14 | J | A | partial sale on NYSE |
| 6. Merck & Co. | B | Dividend | L | T | | | | | |
| 7. Cisco System Notes | A | Interest | K | T | | | | | |
| 8. Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 9. Exxon Mobil | A | Dividend | K | T | | | | | |
| 10. Waste Management | A | Dividend | K | T | | | | | |
| 11. Chevron | B | Dividend | L | T | | | | | |
| 12. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 07/14/14 | J | A | partial sale on NYSE |
| 13. General Mills | A | Dividend | K | T | | | | | |
| 14. Sand Ridge Energy | | None | | | Donated | | | | |
| 15. Intel | A | Dividend | K | T | | | | | |
| 16. AT&T | B | Dividend | L | T | Sold (part) | 01/17/14 | J | A | partial sale on NYSE |
| 17. McDonalds Corp. | A | Dividend | K | T | Sold (part) | 12/15/14 | J | A | partial sale on NYSE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Powershares ETF | B | Dividend | K | T | | | | | |
| 19. Dominion Resources | B | Dividend | L | T | | | | | |
| 20. Northern Trust Corp. | A | Interest | J | T | | | | | |
| 21. Diageo PLC. | A | Dividend | J | T | Sold (part) | 08/13/14 | J | A | partial sale on NYSE |
| 22. Chubb Corp. | A | Dividend | J | T | | | | | |
| 23. Windstream | B | Dividend | J | T | | | | | |
| 24. Vanguard Total Bond ETF | A | Interest | K | T | | | | | |
| 25. Conoco Phillips | A | Dividend | K | T | | | | | |
| 26. Int'l Business Machines | A | Dividend | J | T | | | | | |
| 27. Freeport-MacMoran | A | Dividend | J | T | Sold (part) | 07/14/14 | J | A | partial sale on NYSE |
| 28. Int'l Business Machines | A | Dividend | J | T | Sold (part) | 02/15/14 | J | A | partial sale on NYSE |
| 29. Federal Farm Credit Bank Notes | A | Interest | J | T | | | | | |
| 30. Southwestern Bell Tel. Bonds | A | Interest | J | T | | | | | |
| 31. Fairfax Financial Holdings | A | Dividend | K | T | | | | | |
| 32. Plum Creek Timber | A | Dividend | K | T | Sold (part) | 11/17/14 | J | A | partial sale on NYSE |
| 33. Preferred Apt. Communities | B | Dividend | J | T | Buy | 07/16/14 | K | | buy add'l shares on NASDAQ |
| 34. Hercules Technology Growth | A | Dividend | J | T | Buy | 07/16/14 | J | | buy add'l shares on Amex |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. 3M Co. | A | Dividend | K | T | | | | | |
| 36. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 37. DuPont | A | Dividend | J | T | | | | | |
| 38. iShares Barclays Agg. Bond Fund | A | Dividend | J | T | | | | | |
| 39. Kraft Foods | A | Dividend | K | T | | | | | |
| 40. Emerson Elec. Co. | A | Dividend | K | T | | | | | |
| 41. Mondelez Int'l, Inc. | A | Dividend | K | T | | | | | |
| 42. DuPont | A | Dividend | J | T | | | | | |
| 43. AT&T | A | Dividend | L | T | | | | | |
| 44. Hercules Technology Growth | A | Dividend | J | T | Buy<br>(add'l) | 07/16/14 | J | | buy on NYSE |
| 45. Simon Properties Group | A | Dividend | J | T | | | | | |
| 46. Preferred Apt. Communities | A | Dividend | J | T | Buy<br>(add'l) | 07/11/14 | J | | buy on Amex |
| 47. Vanguard Short-Term Corporate Bond ETF | A | Int./Div. | K | T | Buy | 02/14/14 | J | | buy from SEI |
| 48. Emerson Elec. Co. | A | Dividend | J | T | | | | | |
| 49. Hartford World Bond Fund | A | Interest | J | T | Buy | 06/09/14 | J | | buy from SEI |
| 50. Oppenheimer Sr. Flat Rate-Y | A | Interest | J | T | Buy | 06/09/14 | J | | buy from SEI |
| 51. T. Rowe Price High Yield Fund | A | Interest | J | T | Buy | 06/09/14 | J | | buy from SEI |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Templeton Global Bond Fund | A | Interest | J | T | Buy | 06/09/14 | J | | buy open market |
| 53. T. Rowe Price High Yield Fund | A | Interest | J | T | Buy | 12/30/14 | J | | buy oopen market |
| 54. Double Live Duration Bond Fund | A | Interest | J | T | Buy | 08/12/14 | J | | buy open market |
| 55. GE Capital Notes | A | Interest | | | Matured | 07/15/14 | K | | matured |
| 56. National Fuel Gas | A | Dividend | | | Sold | 9/21/10 | J | | sold on NYSE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 07/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 07/29/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Stewart Dalzell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544